UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gamut Control LLC, John McCormic, and John C. Golfis, | Civil No. 09-CV-913 (JNE/SRN) |
| Plaintiffs, | ORDER |
| v. | |
| Susan Rydberg, Giorgio Tuscani, and David Schied, | |
| Defendants. | |

Gregory A. Abbott, Abbott Law Office, P.O. Box 24453, Minneapolis, Minnesota 55424, for Plaintiffs

John P. Brendel and Sylvia Ivey Zinn, Brendel and Zinn, Ltd., 8519 Eagle Point Blvd., Suite 110, Lake Elmo, Minnesota 55042, for Defendant Susan Rydberg

David Schied, 20075 Northville Place Dr., North #3120, Northville, Michigan 48167, Pro Se

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**

1. For the reasons set forth herein, this action is **DISMISSED**; and

2. Defendant Schied's Motion to Dismiss and for Sanctions (Doc. No. 7) is **DENIED AS MOOT**;

3. Defendant Schied's Motion for Leave to File in Forma Pauperis, for a Temporary Restraining Order and Preliminary Injunction, and for Order of Federal Enforcement of California Minute Order of Victim Restitution (Doc. No. 8) is **DENIED AS MOOT**; and

4. Defendant Schied's Motion for Enhancement of Order and to Expedite Ruling (Doc. No. 14) is **DENIED AS MOOT**.

Dated: September 25, 2009.

                             s/ Joan N. Ericksen
                             Judge Joan N. Ericksen
                             United States District Court Judge